IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| Hakimah Jabbor, | : | |
| | : | |
| Plaintiff(s), | : | |
| | : | Case Number: 1:18cv95 |
| vs. | : | |
| | : | Judge Susan J. Dlott |
| James Graham, | : | |
| | : | |
| Defendant(s). | : | |

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Karen L. Litkovitz filed on July 31, 2018 (Doc. 9), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired August 14, 2018, hereby ADOPTS said Report and Recommendation.

Accordingly, defendant's motion to dismiss is GRANTED.

The Court certifies pursuant to 21 U.S.C. §1915(a) that an appeal of any Order adopting the Report and Recommendation will not be taken in good faith. Therefore, plaintiff is denied leave to appeal *in forma pauperis.* Plaintiff remains free to apply to proceed *in forma pauperis* in the Court of Appeals. *See Calliham v. Schneider,* 178 F. 3d 800, 803 (6th Cir. 1999), overruling in part *Floyd v. United States Postal Serv.,* 105 F.3d 274, 277 (6th Cir. 1997).

IT IS SO ORDERED.

___s/Susan J. Dlott_____
Judge Susan J. Dlott
United States District Court